IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GURAL FOSTER**                                                                                           **PLAINTIFF**

v.                              Case No. 4:21-cv-00850-KGB-JTR

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

Before the Court is a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 11). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). In reaching this determination, the Court has reviewed the entire record. The Court grants the Commissioner of the Social Security Administration's motion to dismiss (Dkt. No. 9), and the Court dismisses without prejudice plaintiff Gural Foster's complaint for lack of subject matter jurisdiction (Dkt. No. 2).

It is so ordered this 17th day of January, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge