IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GURAL FOSTER**                                                                                    **PLAINTIFF**

**v.**                             **Case No. 4:21-cv-00850-KGB-JTR**

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Gural Foster's complaint is dismissed without prejudice (Dkt. No. 2).

It is so ordered this 17th day of January, 2023

_____
Kristine G. Baker
United States District Judge